AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN  District of  INDIANA

UNITED STATES OF AMERICA

V.

GARY M. FISHER, DC

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 3:12-cv-172-RLY-WGH

TO: (Name and address of Defendant)

Gary M. Fisher, DC
3526 Summerfield Rd.
Tell City, IN 47586

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Shelese Woods
Assistant United States Attorney
10 West Market Street
Suite 2100
Indianapolis, IN 46204
317-226-6333

an answer to the complaint which is herewith served upon you, within     21     days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court, 46 East Ohio Street, Room 105, Indianapolis, Indiana 46204, within a reasonable period of time after service.

CLERK OF COURT, Laura A. Briggs

BY: _____
       Deputy Clerk

October 23, 2012
DATE

✎AO 440  (Rev. 10/93)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)*<br>Tracy L. Jones | TITLE<br>Paralegal Specialist |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              *Date*                   *Signature of Server*

                                       Office of the U.S. Attorney, 10 W. Market St., Indianapolis, IN
                                       *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.